Argued and submitted May 9, affirmed June 18, petition for review denied
November 20, 2014 (356 Or 517)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JAN WALLACE YOST,
*Defendant-Appellant.*

Yamhill County Circuit Court
MI110124; A152480

328 P3d 838

Karen A. Steele argued the cause and filed the brief for appellant.

Paul Smith, Attorney-in-Charge, argued the cause for respondent. On the brief were Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Pamela J. Walsh, Assistant Attorney General.

Before Ortega, Presiding Judge, and DeVore, Judge, and Edmonds, Senior Judge.

PER CURIAM

Affirmed. *State v. Orueta,* 343 Or 118, 164 P3d 267 (2007).